IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACK HARTSELL CONSTRUCTION COMPANY**            **PLAINTIFF**

v.             Case No. 4:22-CV-1038-JM

**CONTEMPORARY CONCEPTS INC.**
**d/b/a STONE STUDIO**            **DEFENDANT**

**CONSENT JUDGMENT**

The parties agree that judgment be entered in favor of Jack Hartsell Construction Company ("Jack Hartsell") and against Contemporary Concepts, Inc. d/b/a Stone Studio ("Stone Studio"), and the Court finds as follows:

1. This Court has jurisdiction over the parties and subject matter herein.

2. The Complaint alleges that Stone Studio breached the parties' contract and performed negligent construction work.

3. Stone Studio admits liability and agrees to the entry of this judgment in the total amount of $157,500.

4. The parties have also entered into a settlement agreement setting forth the essential terms recited in this judgment and expressly authorizing the entry of this consent judgment.

5. By executing this Consent Judgment, Stone Studio affirmatively waives sufficiency of service and sufficiency of process.

6. All parties by their signature hereon do acknowledge their agreement that Stone Studio shall pay the judgment amount of $157,500 on the following terms: (1) on or before January 15, 2024, Stone Studio will pay to Jack Hartsell $50,000, (2) on or before February 15, 2024, Stone

Studio will pay to Jack Hartsell $17,916.66, (3) on or before March 15, 2024, Stone Studio will pay to Jack Hartsell $17,916.66, (4) on or before April 15, 2024, Stone Studio will pay to Jack Hartsell $17,916.66, (5) on or before May 15, 2024, Stone Studio will pay to Jack Hartsell $17,916.66, (6) on or before June 15, 2024, Stone Studio will pay to Jack Hartsell $17,916.66, and (7) on or before July 15, 2024, Stone Studio will pay to Jack Hartsell $17,916.70.

7. Should Stone Studio fail to meet any payment obligation within ten (10) business days of the due date of any such payment, all remaining payments and amounts due to Jack Hartsell shall be accelerated. At such time, garnishment and execution may issue immediately against Stone Studio. Stone Studio shall also be liable for Jack Hartsell's attorneys' fees incurred with respect to collection.

8. Upon final payment, Jack Hartsell will file a satisfaction of judgment.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that judgment be entered for Jack Hartsell Construction Company and against Contemporary Concepts, Inc. d/b/a Stone Studio in the total judgment amount of $157,500.

IT IS SO ORDERED this 10th day of January, 2024.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE

APPROVED BY:

Steven W. Quattlebaum (Ark. Bar No. 84127)
Glenn Larkin (Ark. Bar No. 2020149)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: 501-379.1700
Facsimile: 501-379-1701
quattlebaum@qgtlaw.com
glarkin@qgtlaw.com

*Attorneys for Jack Hartsell Construction Company*

D. Reece Owens (Ark. Bar No. 2017183)
BARBER LAW FIRM PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201-3483
Telephone: 501-372-6175
Facsimile: 888-421-3288
rowens@barberlawfirm.com

*Attorney for Contemporary Concepts, Inc.
d/b/a Stone Studio*